_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

DEC 24 2008    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

08-CV-01835-CMP

Summons issued 961122752

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MARLO I. HARRISON,<br><br>        Plaintiff,<br><br>        vs.<br><br>The CITY OF TUKWILA, a municipal corporation; TUKWILA POLICE OFFICER C. GARDNER, TUKWILA POLICE OFFICER S. FORNEY, and JOHN DOE Tukwila POLICE OFFICERS 1-5,<br><br>        Defendants. | No. **C08-1835**MJP<br><br>**COMPLAINT FOR ASSAULT AND BATTERY, OUTRAGEOUS CONDUCT, USE OF EXCESSIVE FORCE, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND NEGLIGENCE**<br><br>**JURY DEMAND** |

Plaintiff Marlo I. Harrison alleges as follows:

## I.    JURISDICTION AND VENUE

1.    This action is brought pursuant to 42 U.S.C. § 1983 for violations of the Fourth and

Fourteenth Amendments to the United States Constitution and various state common

law claims.  Jurisdiction is conferred upon this Court by 28 U.S.C. § 1343 *et seq.*

COMPLAINT FOR ASSAULT AND BATTERY, OUTRAGEOUS
CONDUCT, USE OF EXCESSIVE FORCE, INTENTIONAL INFLICTION
OF EMOTIONAL DISTRESS, AND NEGLIGENCE
Page 1 of 5

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296

ORIGINAL

2. There exists a common nucleus of operative facts as to plaintiff's state and federal claims. As a consequence, this Court has pendent jurisdiction over the state claims pursuant to 28 U.S.C. § 1367.

3. Venue in the captioned District Court pursuant to 28 U.S.C. § 1391 stems from the fact that the events or omissions giving rise to the claims occurred in the judicial district of the captioned District Court.

4. The events and actions complained of occurred in King County, Washington, within the jurisdiction of this Court.

## II.   PARTIES

5. Plaintiff Marlo I. Harrison is a resident of King County, Washington.

6. Defendant City of Tukwila is a governmental entity with the right to sue and be sued in its own name and stead.

7. Pursuant to RCW Chapter 4.96, plaintiff has served defendant City of Tukwila with a claim for damages, which complies with the requirements of RCW Chapter 4.96. More than 60 days have elapsed since the claims for damages were served on defendant City of Tukwila. The Claim is attached to this Complaint as Exhibit A.

8. Defendant City of Tukwila Police Officers 1-5 were employed by defendant City of Tukwila as police officers and at all times material were acting within the scope of their employment. Upon discovery of their identities, the same will be substituted herein.

## III.   BACKGROUND FACTS

9. On March 28, 2008, plaintiff was present at 4510 Southcenter Boulevard in Tukwila.

COMPLAINT FOR ASSAULT AND BATTERY, OUTRAGEOUS
CONDUCT, USE OF EXCESSIVE FORCE, INTENTIONAL INFLICTION
OF EMOTIONAL DISTRESS, AND NEGLIGENCE
Page 2 of 5

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296

10. Tukwila Police Officers were called to this location to investigate a domestic disturbance.

11. Plaintiff was approached by Tukwila Police Officers and did not resist the officers.

12. The Tukwila Police Officers handcuffed plaintiff, and while he was handcuffed, the officers jumped on him and injured his left leg. He was unable to bear weight on his left leg after the injury.

13. Plaintiff was then taken to the King County Jail on a domestic violence charge, which was later dropped.

14. Plaintiff was not immediately taken to the hospital after being taken to jail, despite his complaints to staff that he was unable to ambulate. Finally, on his third day in jail when his left leg became painfully swollen, he was taken from the jail Harborview Medical Center where he was discovered to have a tibial/fibular fracture of his left lower leg.

15. Plaintiff required major surgery to correct the fractures of his left leg.

## IV.   CLAIMS AND CAUSES OF ACTION

### A.   VIOLATION OF 42 U.S.C. § 1983

16. Plaintiff realleges each and every allegation in the preceding paragraphs as though fully set forth here.

17. Defendant police officers violated plaintiff's civil rights under the Fourth and Fourteenth Amendments to the United States Constitution.

18. As a result of defendant police officers' violation of 42 U.S.C. § 1983 plaintiff suffered injuries.

COMPLAINT FOR ASSAULT AND BATTERY, OUTRAGEOUS
CONDUCT, USE OF EXCESSIVE FORCE, INTENTIONAL INFLICTION
OF EMOTIONAL DISTRESS, AND NEGLIGENCE
Page 3 of 5

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296

**B.     ASSAULT AND BATTERY**

19.    Plaintiff realleges each and ever allegation in the preceding paragraphs as though fully
        set forth here.

20.    The actions of defendant police officers constituted assault and battery.

**C.     OUTRAGE**

21.    Plaintiff realleges each and every allegation in the preceding paragraphs as though fully
        set forth here.

22.    Defendant police officers' conduct was extreme and outrageous.

23.    Defendant police officers intentionally or recklessly inflicted emotional distress upon
        plaintiff.

24.    As a result of defendant police officers' tortious conduct, plaintiff suffered severe
        emotional distress.

**D.     NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

25.    Plaintiff realleges each and every allegation in the preceding paragraphs as though fully
        set forth here.

26.    Defendants had a duty to deal with plaintiff in a careful and professional manner so that
        he would not be harmed.

27.    Defendants breached their duty.

28.    As a result of defendants' tortious conduct, plaintiff suffered emotional distress.

**E.     NEGLIGENCE**

29.    Plaintiff realleges each and every allegation in the preceding paragraphs as though fully
        set forth here.

COMPLAINT FOR ASSAULT AND BATTERY, OUTRAGEOUS
CONDUCT, USE OF EXCESSIVE FORCE, INTENTIONAL INFLICTION
OF EMOTIONAL DISTRESS, AND NEGLIGENCE
Page 4 of 5

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296

1      30.     The actions of defendant police officers were negligent.

2                          **V.     REQUEST FOR RELIEF**

3              Plaintiff requests that the court enter judgment against each of the defendants as

4      follows:

5              a.      Awarding plaintiff special damages, in an amount to be proven at trial – medical

6      expenses.

7              b.      Awarding plaintiff general damages, in an amount to be proven at trial, including,

8      but not limited to, pain and suffering and loss of enjoyment of life.

9              c.      Awarding plaintiff costs and attorneys' fees incurred in this action pursuant to his

10     claim under 42 U.S.C. § 1983, pursuant to 42 U.S.C. § 1988, against defendant police officers.

11             d.      Awarding plaintiff punitive damages against defendant police officers.

12             e.      Such additional relief which the court finds equitable and just.

13

14             DATED this _____ day of December, 2008.

15                                              Law Offices of Lembhard G. Howell, P.S.

16

17                                              _____
                                                Lembhard G. Howell, WSBA #133
18                                              Attorney for Plaintiff

19

20

21

22

23

# EXHIBIT A

| (for City use only) |  CITY OF TUKWILA, WASHINGTON<br>**Claim For Damages**<br>City Claim # (for City use only): _____ | (for City use only) |
|---|---|---|

The following party claims damages from the City of Tukwila in the amount of $ _undertimermind_ arising out of the circumstances described below:

AH

| Claimant Name: | MARIO I. HARRINGTON |
|---|---|

| Street Address: | 14274 S.E. 6th Street |
|---|---|

| City/State/Zip: | Bellevue, WA 98007 |
|---|---|

MH

| Home Phone:  (425) 644-5630 747-8367 | Work Phone:  N/A |
|---|---|

| Residence address six months prior to occurrence (if different from above): |
|---|

| Date of Occurrence:  03/26/08 | Time:  2:00 p.m. approximately |
|---|---|

| Location of Occurrence: |
|---|

**OCCURRENCE DESCRIPTION** (Please use reverse side of form if additional space is needed.)
1. Describe occurrence, nature of the defects, or acts of negligence causing damages.
2. Provide a list of witnesses (name, address, phone), if applicable, to the occurrence.
3. Attach copies of all documentation relating to expenses, injuries, losses and/or estimates for repair.
4. Have you submitted a claim for damages to your insurance company?     [ ] Yes  [x] No

If yes, please provide name of insurance company:                          Policy #:

OCCURRENCE DESCRIPTION:   Tukwila Police were called to 4510

   Southcenter Blvd.  Officers C. Gardner #115, S. Forney #0134

   Boyd and 2 other officers  responded.  Claimant did not resist

(Please use reverse side of form if additional space is needed.)

| The following additional claimant information is required for vehicle claims only: | N/A |
|---|---|

| License Plate #: | Driver's License #: |
|---|---|

| Vehicle Type (year/make/model): | |
|---|---|

| **DRIVER:** | **OWNER:** |
|---|---|
| Address: | Address: |
| City/State/Zip: | City/State/Zip: |
| Phone: | Phone: |
| Passenger Name & Address: | Passenger Name & Address: |
| Owner's insurance Company: | Policy #: |

**Please return this completed, signed and notarized *Claim For Damages* form to the City Clerk's Office, 6200 Southcenter Boulevard, Tukwila, Washington 98188; 206-433-1800.**

## Claim For Damages *(Continued)*

OCCURRENCE DESCRIPTION *(Continued)*:_____and while he was handcuffed

_____officers jumped on him and fractured his leg in two places.

_____Claimant alleges that unnecessary and excess force was used

_____against him at the time of his arrest.  Medical treatment

_____was at Harborview Medical Center.  The Discharge Summary

_____is attached.

_____Claimant is represented by:

_____Lembhard G. Howell

_____720 Third Avenue, Suite 2105

_____Seattle, WA 98104

_____Tel. 206-623-5296

CLAIMANT: I, _____MARLO I. HARRISON_____, being first duly sworn, depose and say that
I am the claimant above described; that I have read the above claim, know the contents thereof, and
believe the same to be true and correct.

Claimant Signature: *Marlo Harrison*

NOTARY PUBLIC: Subscribed and sworn to before me this *13th* day of *August*, 20*08*.

Notary Signature: *Carol F.W. Cohoe*

Name as Commissioned: *CAROL F.W. COHOE*

Notary Public in and for the State of Washington,

Residing at: *Renton WA*

My Appointment Expires: *04-03-2011*

---

*(for City use only)*

| ATTACHMENTS: | | DISTRIBUTION: | |
|---|---|---|---|
| ☐ POLICE REPORT | ☐ PHOTOGRAPHS | ☐ MAYOR'S OFFICE | ☐ POLICE CHIEF |
| ☐ COLLISION REPORT | ☐ OTHER | ☐ CITY ATTORNEY | ☐ FIRE CHIEF |
| ☐ ESTIMATES | | ☐ PUBLIC WORKS DIRECTOR | ☐ P&R DIRECTOR |
| ☐ BILLS | | ☐ DCD DIRECTOR | ☐ OTHER |